UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
AUG 0 8 2008
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| S.J. LOUIS CONSTRUCTION, INC., John Doe and Jane Doe, | \* \* \* | CIV. 08-4077 |
| | \* | JUDGMENT |
| Plaintiff, | \* \* | |
| vs. | \* \* | |
| LEWIS & CLARK REGIONAL WATER SYSTEM, | \* \* \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Memorandum Opinion issued on today's date,

IT IS ORDERED, ADJUDGED AND DECREED that the above action is hereby dismissed.

Dated this ___ day of August, 2008.

BY THE COURT:

_____
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
(SEAL)         DEPUTY